# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jon Wagner, | No. CV-23-01468-PHX-DLR (ASB) |
| Plaintiff, | **ORDER** |
| v. | |
| Edward Scot Logan, et al., | |
| Defendants. | |

Before the Court is United States Magistrate Judge Bachus' Report and Recommendation ("R&R") recommending that the Court dismiss Plaintiff's Complaint without prejudice as to the unserved defendants (Edward Scot Logan, Edward Wesley Logan, and Does 1-10) only. (Doc. 12.) The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (failing to timely object to an R&R waives review of that R&R).

Neither party filed objections, which relieves the Court of its obligation to review the R&R. Still, the Court reviewed the R&R and finds it well-taken. The Court accepts the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3).

1   **IT IS ORDERED** that the R&R (Doc. 12) is **ACCEPTED**.

2   **IT IS FURTHER ORDERED** that Plaintiff's Complaint (Doc. 1) be dismissed without prejudice as to the unserved defendants (Edward Scot Logan, Edward Wesley Logan, and Does 1-10) only, and that the Clerk of Court terminate those defendants from this action accordingly.

Dated this 23rd day of May, 2024.

Douglas L. Rayes
United States District Judge